# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS (See attached schedule for case list) : : : : | MDL 875 |

## TRANSFER ORDER NO. 62

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL-875 cases from the District Court for the Western District of North Carolina, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

BY THE COURT

s/JAMES T. GILES
**JAMES T. GILES, J.**

Date: 9-6-07

| DATE | PA ED # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DISTRICT |
|---|---|---|---|---|
| 9/6/2007 | 69141 | 07-00206 | Faulkner, K. Fermon | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69142 | 07-00207 | Honeycutt, Lloyd Albert | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69143 | 07-00208 | Freeman, Harvey Stanley | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69144 | 07-00209 | Smith, Horace Lee | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69145 | 07-00210 | Burleson, Thomas Scott | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69146 | 07-00211 | Black, Christopher Clinton | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69147 | 07-00212 | Crain, Joseph Lloyd | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69148 | 07-00221 | Sloan, Michael Anthony | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69149 | 07-00222 | Mayfield, Larry | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69150 | 07-00223 | Hovis, Larry Elvin | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69151 | 07-00225 | Young, Robert James | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69152 | 07-00227 | Browning, Losie Brooklyn Jr. | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69153 | 07-00229 | Bishop, Raymond Walter | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69154 | 07-00230 | Calloway, Brian | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69155 | 07-00235 | Boles, Nick Alan | NORTH CAROLINA WESTERN |
| 9/6/2007 | 69156 | 07-00236 | Tesnear, John Edward Jr. | NORTH CAROLINA WESTERN |